# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL M. MUELLER,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>SCANTRON CORP., HARLAND CLARKE HOLDING CORP., and M & F WORLDWIDE CORP.,<br><br>　　　　　　Defendants. | CASE NO. 11CV0285-LAB (BLM)<br><br>**CERTIFICATION TO THE ATTORNEY GENERAL OF THE UNITED STATES OF A CHALLENGE TO THE CONSTITUTIONALITY OF A FEDERAL STATUTE** |

In their pending motion to dismiss, Defendants argue that a federal statute, 35 U.S.C. § 292(b), is unconstitutional. They notified the Court of this pursuant to Fed. R. Civ. P. 5.1. Pursuant to 28 U.S.C. § 2403, the Court certifies the foregoing facts to the Attorney General of the United States. The Clerk of Court is directed to mail a copy of this Certification to the Attorney General of the United States *and* the United States Attorney for the Southern District of California.

**IT IS SO ORDERED**.

DATED: June 2, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

11CV0285